**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RITA DEVERS,

                Plaintiff,                21 **CIVIL** 5931 (OTW)

    -v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Cross Motion for Judgment on the Pleadings is DENIED, and the decision of the Commissioner of Social Security is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 31, 2023

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                          **BY:**    *K. Mango*

                                                           **Deputy Clerk**